1IN THE UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN DISTRICT OF ARKANSAS<br>
PINE BLUFF  DIVISION

**LACHANCY WATSON, ET AL.**                                                                      **PLAINTIFFS**

**V.**                         **CASE NO.  5:12CV00023  JMM**

**EDNA BUTLER, SERGEANT, ET AL.**                                                **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiffs's Complaint is dismissed with prejudice.

**IT IS SO ORDERED THIS   1   day of    March  , 2012.**

_____
**James M. Moody**
**United States District Judge**